MINA E. FRITZ, Respondent, *v.* COMMONWEALTH FINANCE
CORPORATION et al., Appellants.

*Bills, notes and checks — set-off — action to recover upon promissory
notes — defense by way of set-off properly struck out.*

*Fritz* v. *Commonwealth Finance Corp.*, 213 App. Div. 814, affirmed.
(Argued November 24, 1925; decided December 8, 1925.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1925, which affirmed an order of Special Term granting a motion by plaintiff to strike out a defense and for judgment on the pleadings in an action to recover upon two promissory notes. The defendants sought to offset against plaintiff's claim the amount of an alleged claim against him assigned by another corporation for repairs to property leased to plaintiff which, it was claimed, plaintiff should have made. It was held that the assignor did not make the repairs and consequently possessed nothing to assign.

*Hugart F. Norman, Joseph L. Greenberg, Mark W. Norman* and *George Edwin Joseph* for appellants.

*Leo K. Martus* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not voting: POUND, J.

———————

GUISEPPE NALLI, as Administrator of the Estate of
SILVESTER NALLI, Deceased, Appellant, *v.* JOHN
PETERS, Respondent, Impleaded with Another.

(Submitted November 30, 1925; decided December 8, 1925.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 241 N. Y. 177.)